## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| FAIR AMERICAN INSURANCE AND REINSURANCE COMPANY, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | )   Case No. 16-CV-53-TCK-FHM ) |
| KYLE LESLIE STEWART, M.D., AMY K. NORDHUES, and TERRY L. WINK, | ) ) ) ) |
| Defendants. | ) |

### OPINION AND ORDER

Plaintiff's Motion to Compel, [Dkt. 34], regarding Defendant Wink is before the court for decision. Defendant Wink has not filed any response to the motion and the time to respond has expired.

Plaintiff's Motion to Compel, [Dkt. 34], is GRANTED.

SO ORDERED this 12th day of October, 2016.

*Frank H. McCarthy*
FRANK H. McCARTHY
UNITED STATES MAGISTRATE JUDGE